PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: FREDI OCTAVIO-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0234 |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING STATUS |
| ) | CONFERENCE AND |
| ) | FINDING EXCLUDABLE |
| FREDI OCTAVIO-VALDEZ, ) | TIME |
| Defendant. ) | |

Defendant, FREDI OCTAVIO-VALDEZ , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, HEIKO P. COPPOLA, stipulate and agree to the following:

1. The presently scheduled date of February 6, 2009 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for February 10, 2009 at 9:15 a.m. for entry of plea.

2. A Plea Agreement has been tendered and agreed to, howeve,r Defense counsel is unavailable for the February 6th date, thus making it appropriate for the court to make a finding of excludable time pursuant to Local Code T-4.

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for defense counsel's availability.

- 1 -

IT IS SO STIPULATED.

Dated:  February 3, 2009                    /s/ Heiko P. Coppola
                                            Assistant U.S. Attorney
                                            for the Government


Dated:  February 3, 2009                    /s/  Peter Kmeto
                                            Attorney for Defendant
                                            FREDI OCTAVIO-VALEZ

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until February 10, 2009 for defense counsel's availability.

DATED: February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -